PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 3 1 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

**U.S.A. vs. REGINALD BROWN**                Docket No. **3:06cr50-TSL-JCS**

Petition for Action on Conditions of Pretrial Release

COMES NOW, PRETRIAL SERVICES OFFICER, Mark Quarles, presenting an official report upon the conduct of defendant, who was placed under pretrial release supervision by the Honorable United States Magistrate Judge James C. Sumner sitting in the Court at Jackson, on May 19, 2006, under the following conditions:

**SEE ORDER SETTING CONDITIONS OF RELEASE**

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

**The defendant is in need of mental health and substance abuse treatment and has voluntarily been admitted to inpatient treatment at the Common Bond Association of Jackson, Mississippi.**

PRAYING THAT THE COURT WILL ORDER **that the defendant will complete the treatment programs at the Common Bond Association of Jackson, Mississippi and will abide by all rules/regulations of this program including staying on the properties of the Common Bond Association of Jackson, Mississippi until further order of the court. (The court recognizes this Order is agreed to by Assistant Federal Public Defender Kathy Nester)**

| ORDER OF COURT | Respectfully Submitted, |
|---|---|
| **Considered and ordered** this __31__ day of __May__, 2006 and ordered filed and made a part of the records in the above case. | _/s/ Mark Quarles_<br>Mark Quarles<br>U. S. Probation Officer |
| _/s/ James C. Sumner_<br>Honorable James C. Sumner<br>U. S. Magistrate Judge | Place: Jackson, Mississippi<br><br>Date: <u>May 26, 2006</u> |