IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
          FILED
      MAR 29 2007
    J. T. NOBLIN, CLERK
BY_____DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 3:06cr50TSL-JCS-001 |
| ) | |
| REGINALD BROWN ) | |

## ORDER REGARDING MODIFICATION OF SUPERVISED RELEASE

The defendant is before the Court, March 29, 2007, for sentencing on a Petition to Revoke Supervised Release, filed by the U. S. Probation Office March 8, 2007. The Petition alleges the defendant violated his supervision conditions by testing positive for cocaine and being removed from an inpatient treatment program. The defendant confessed the violations, and the Court finds the defendant has violated his conditions of supervised release as charged in the Petition, filed by the U. S. Probation Office.

After reviewing all the facts, the Court finds the defendant has violated the conditions of supervised release. The supervised release term previously imposed is modified to include a special condition 3, which will require Brown to participate in a long-term comprehensive residential treatment program, including at least 28-days of primary inpatient treatment, and eleven (11) months of secondary treatment at the Common Bond Association, at his own expense. The defendant's home passes are restricted until approved by the U.S. Probation Officer.

**Reginald Brown**
**Docket Number 3:06cr50TSL-JCS-001**
**Order Regarding Modification of Supervised Release**

Upon successful completion of the twelve (12) month placement, the offender will continue on supervised release under the previously ordered conditions.

The defendant is to remain in the custody of the U.S. Marshal to await transportation to Common Bond Association, by the U.S. Marshals Service, in accordance with 18 U.S.C. § 3604.

SO DATED, this the 29th day of March, 2007.

_____
TOM S. LEE
SENIOR UNITED STATES DISTRICT JUDGE